

**ORDERED in the Southern District of Florida on November 27, 2013.**

Raymond B. Ray, Judge
United States Bankruptcy Court

___

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:
SALAZAR YIGAL                                                                    Case No.: 13-20726-RBR
  Debtor          /

### ORDER GRANTING
### MOTION TO REOPEN CASE TO ALLOW DEBTOR
### TO FILE MOTION TO SHORTEN THE INJUNCTION PERIOD

This cause came on to be heard on November 14, 2013 at 1:00 p.m. on Debtor's Motion Reopen Cast to Shorten the Injunction Against Re-filing [DE 32] and The Court having considered the motion hereby ORDERS

1. The Motion is hereby Granted.

2. The Case is Reopened and the injunction period of 180 days shall be reduced to 136 days.

3. That as a condition of shortening the injunction period of this case and in order to provide protection of creditors' vested interests, all plan payments made to the trustee prior to the entry of an order of conversion or dismissal shall be paid to

    **4.** administrative, secured, and priority creditors pursuant to the terms of the last filed plan, less any fees and costs, and not returned to the debtor..

###

Submitted by:
Winston I. Cuenant, Esq.
2550 N. Fed Hwy #10
Fort Lauderdale, FL  33305
(954)766-4271
winston@cmclegal.net

The party submitting this order shall serve a copy of the signed order on all parties listed below and file with the court a certificate of service conforming with Local Rule 2002-1(F).

All Creditors Listed on the Current Mailing Matrix